UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.:  5:25-cv-00456 TJH (ADS)                     Date: May 8, 2025

Title: *Darrell King v. U.S.P. Victorville Warden*

Present: The Honorable Autumn D. Spaeth, United States Magistrate Judge

| Kristee Hopkins | None Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorney(s) Present for Petitioner(s): | Attorney(s) Present for Respondent(s): |
|---|---|
| None Present | None Present |

**Proceedings:**     **(IN CHAMBERS) ORDER TO SHOW CAUSE REGARDING DISMISSAL**

Pending before the Court is a Petition for Writ of Habeas Corpus filed by Petitioner Darrell King on February 18, 2025. (Dkt. No. 1.) On February 19, 2025, the Court notified Petitioner that he did not pay the required $5.00 filing fee or submit a completed Request to Proceed In Forma Pauperis ("IFP Request"), and that he must do so within thirty days. (Dkt. No. 3.) As of the date of this Order, Petitioner has not paid the mandatory $5 filing fee or filed a completed IFP request. If Petitioner wishes to proceed with his Petition, he must either (1) pay the $5.00 filing fee or (2) file a completed IFP Request **by no later than May 15, 2025.**

If Petitioner no longer wishes to pursue his claims, he may request a voluntary dismissal of this action pursuant to Federal Rule of Civil Procedure 41(a). *The Clerk of Court is directed to attach a Notice of Dismissal Form (CV-09) to this Order for Petitioner's convenience.*

**Petitioner is expressly warned that failing to comply with this Order will result in the recommendation that this action be dismissed for failure to prosecute or to obey Court orders pursuant to Federal Rule of Civil Procedure 41(b) and Local Rule 41-6.**

**IT IS SO ORDERED.**